

ORDERED in the Southern District of Florida on May 24, 2022.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

                                                                                Chapter 13
                                                         Case No.: 22-11375-RAM

**Jenny Devereaux,**
,
     Debtor.
_____/

**ORDER GRANTING SN SERVICING**
**CORPORATION, AS SERVICER FOR U.S. BANK TRUST**
**NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES III**
**TRUST'S MOTION FOR PROSPECTIVE RELIEF FROM THE AUTOMATIC STAY**

**THIS MATTER** came before the Court on May 17, 2022 at 9:00 a.m., upon the Motion for Prospective Relief From the Automatic Stay [D.E. #23] (the "Motion") filed by SN Servicing Corporation, as Servicer for U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust ("Secured Creditor"). For the reasons stated orally on the record that shall constitute the decision of the Court, it is

**ORDERED,** as follows:

1.      The Motion is **GRANTED**, as set forth herein.

*Case No.: 22-11375-RAM*

2.    Secured Creditor or its successors or assignees of interest in the Property shall have two (2) year prospective relief from the automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code as to the real property described as 720 N. Shore Drive, Miami Beach, Florida 33141 (the "Property") and with legal description as follows:

> **LOT 20 AND THE WEST 5 FEET OF LOT 21, BLOCK 63, OF NORMANDY GOLF COURSE SUBDIVISION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 62 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

3.    This Order shall be binding in any other bankruptcy case filed within two (2) years from the entry of this Order by any person or entity purporting to claim any interest in or otherwise affect the Property.

4.    In the event that any bankruptcy case is filed by any person or entity claiming an interest in the Property within the two (2) year period following this Order, the automatic stay arising from 11 U.S.C. 362(a) shall not apply to Secured Creditor's or its successors' or assignees' interest in the Property.

5.    The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

Submitted by:

Melbalynn Fisher, Esq.
Florida Bar No. 107698
mfisher@ghidottiberger.com
**GHIDOTTI BERGER, LLP**
1031 North Miami Beach Blvd.
North Miami Beach, FL 33162
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

*Case No.: 22-11375-RAM*

Attorney Melbalynn Fisher, Esq. is directed to serve a copy of this order on interest parties who do not receive service by CN/ECF and file a proof of service within three days of entry of this order.